UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MECHANICAL CONSTRUCTION MANAGERS, LLC d/b/a RIECK SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PASCHKA, ET AL.,<br><br>Defendants. | Case No.: 3:21-CV-00302<br><br>Judge Rice<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, DEFENDANT, KEVIN PASCHKA, TO FILE AN ANSWER** |

Pursuant to Local Civil Rule 6.1 and Fed. R. Civ. P. 6, Plaintiff, Mechanical Construction Managers, LLC d/b/a Rieck Services ("Rieck"), and Defendant, Kevin Paschka ("Paschka"), by and through their attorneys, hereby stipulate to an extension as follows:

(1) On November 4, 2021, Rieck filed a verified Complaint in the United States District Court, Southern District of Ohio, Western Division naming Kevin Paschka ("Paschka") and Honhorst as defendants.

(2) Paschka was served with a copy of the Summons and Complaint on November 5, 2021, making its Answer due on or before November 26, 2021.

(3) Along with its complaint, Rieck also included a Motion for a Temporary Restraining Order and Preliminary Injunction.

(4) The parties have exchanged discovery related to the Motion and have participated in a hearing held on November 17, 2021, which was continued to November 29, 2021, for a second day of testimony.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Paschka's date to answer or otherwise respond to Rieck's Complaint is extended to December 17, 2021.

(2) No prior stipulated extensions for Paschka, together with the stipulated extension now filed, exceed a total of twenty-one days.

**IT IS SO STIPULATED.**

/s/Glenn E. Algie
Glenn E. Algie (0042436)
Law Office of Glenn E. Algie
8730 Cincinnati-Dayton Rd. #915
West Chester, OH 45071
P: (513) 755-1201
algieglenn@gmail.com
Counsel for Defendant Kevin Paschka

/s/ Glen R. McMurry
*(email authorization 11/23/2021)*
Glen R. McMurry (0082600)
Robert T. Dunlevy (0011154)
Michael L. Meyer (0093190)
Taft Stettinius & Hollister LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
P: (937) 228-2838
F: (937) 228-2816
gmcmurry@taftlaw.com
rdunlevey@taftlaw.com
mmeyer@taftlaw.com

**ORDER**

**IT IS SO ORDERED**

Dated: 11/29/21

_____
JUDGE WALTER H. RICE