IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MECHANICAL CONSTRUCTION
MANAGERS, LLC, d/b/a RIECK
SERVICES,

    Plaintiff,

v.

KEVIN PASCHKA, et al,

    Defendants.

:
:
:
:
:

Case No. 3:21-cv-302

JUDGE WALTER H. RICE

---

ORDER DIRECTING PLAINTIFF TO IDENTIFY BY EXHIBIT NUMBER THE ALLEGED CONFIDENTIAL AND PROPRIETARY INFORMATION DEFENDANT PASCHKA SENT TO HIMSELF AS STATED IN BENCH BRIEF FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. #24)

---

Plaintiff, Mechanical Construction Managers, LLC, d/b/a Rieck Services ("Rieck" or "Plaintiff"), filed a Bench Brief for Hearing on Plaintiff's Motion for Preliminary Injunction. Doc. #24. In this filing, Plaintiff lists eight different documents that "Paschka sent himself. . . containing Rieck's confidential and proprietary information." *Id.*, at PageID##201-202. The eight documents, which have presumably been admitted into evidence, are not identified by an exhibit number. Accordingly, counsel for Plaintiff is file a supplemental statement, by the close of business on December 1, 2021, identifying each of the eight documents referenced in the Bench Brief, Doc. #24, PageID##201-202, by exhibit number.

Date: November 30, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE